UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:15-cv-23923-EGT

NORMAN GREER, STEVEN RYDBERG,
DELROY THOMPSON, MADELINE MIRALLES,
RANDY MCLOUD, NURCAN PAK ARCHER,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

**JOINT MOTION REQUESTING ORDER APPROVING SETTLEMENT AGREEMENTS AND TO DISMISS CLAIMS WITH PREJUDICE**

Plaintiff NORMAN GREER ("Plaintiff Greer"), Plaintiff DELROY THOMPSON ("Plaintiff Thompson"), Plaintiff MADELINE MIRALLES ("Plaintiff Miralles"), and Plaintiff NURCAN PAK ARCHER ("Plaintiff Archer") (referred to collectively where appropriate as "Plaintiffs")[1] and Defendant DOLLAR TREE STORES, INC. ("Defendant"), by and through their respective undersigned counsel, hereby file this Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Claims, With Prejudice.  The parties state the following in support:

    1.    On January 7, 2016, a settlement conference was held with the Honorable Magistrate Judge Edwin G. Torres.  With the assistance of Magistrate Judge Torres, the parties reached an agreement to resolve their claims in the instant action.  *See* ECF No. 17.

---

[1] Plaintiff Randy McLoud was dismissed from the instant action on November 12, 2015 because his claim is time barred (ECF No. 13).  The claim of Plaintiff Steven Rydberg was stayed on November 12, 2015, because his claim is subject to an arbitration agreement (ECF No. 15).

2. Subsequent to the settlement conference, the parties prepared a settlement agreement and general release (one agreement for each Plaintiff). In accordance with the instructions of this Honorable Court at the settlement conference, the parties are providing notice that they have fully executed each respective settlement agreement and general release, and the parties are requesting an Order approving their settlements of the instant action.

3. The monetary terms of the settlement agreements are the same as those reached with the assistance of the Court at the settlement compromise. For the reasons discussed during the settlement conference, the parties each agree that their settlements are a fair and reasonable resolution of their bona fide disputes over the FLSA claims asserted in the instant action.

4. The parties further stipulate to the dismissal of their claims in the instant action, with prejudice, after the Court has issued an Order approving their settlements.

WHEREFORE, the parties respectfully request that the Court enter an Order approving the terms of the settlement of the instant action, and dismissing their claims in the instant action, with prejudice, but retaining jurisdiction, as necessary, to enforce the Settlement Agreements entered into by the parties.

...

DATED this 1st day of February 2016.

Respectfully submitted,

| | |
|---|---|
| **REMER & GEORGES-PIERRE, PLLC** | **LITTLER MENDELSON, P.C.** |
| 44 West Flagler Street, Suite 2200 | Wells Fargo Center |
| Miami, Florida  33130 | 333 S.E. 2nd Avenue, Suite 2700 |
| Telephone: (305) 416-5000 | Miami, Florida  33131 |
| Facsimile:  (305) 416-5005 | Telephone:  (305) 400-7500 |
| | Facsimile:   (305) 603-2552 |
| | |
| */s/ Rainier Regueiro* | */s/Aaron Reed* |
| Anthony M. Georges-Pierre | Aaron Reed |
| Florida Bar No. 533637 | Florida Bar No. 0557153 |
| E-mail: agp@rgpattorneys.com | E-mail:  areed@littler.com |
| Anaeli C. Petisco | Grissel Seijo |
| Florida Bar No. 0113376 | Florida Bar No. 0087594 |
| E-mail: apetisco@rgpattorneys.com | E-mail: gseijo@littler.com |
| Rainier Regueiro | |
| Florida Bar No. 115578 | COUNSEL FOR DEFENDANT |
| E-mail: rregueiro@rgpattorneys.com | |
| | |
| COUNSEL FOR PLAINTIFFS | |

Firmwide:138217059.1 061603.1177